**This document was signed electronically on June 09, 2011,**
**which may be different from its entry on the record.**

**IT IS SO ORDERED.**



Pat E. Morgenstern-Clarren

**Dated: June 09, 2011**

**Pat E. Morgenstern-Clarren**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Danesha Marie Gardner | ) Chapter 13 Case No. 10-22347-M |
| | XXX-XX-1852 | ) |
| | | ) Hon. Pat E. Morgenstern-Clarren |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on June 7, 2011. Upon the representations made in open court and upon the oral motion of the Trustee, the case is hereby dismissed for the following reason(s):

The Plan proposed by the Debtor is not feasible in that payments would extend beyond 60 months.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com


## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Christopher J Shellito, Attorney for Debtor (served via ECF)

Danesha Marie Gardner, Debtor
2015 Sagamore Drive
Euclid OH 44117

South Euclid-Lyndhurst Board of Education, Employer
Attn:  Payroll, 5044 Mayfield Road
Lyndhurst OH 441242690


CS/bas
06/09/11


###